UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENEE SCOTT, <br><br> Petitioner, <br><br> v. <br><br> STU SHERMAN, <br><br> Respondent. | No. 2:20-cv-0904 KJM CKD P <br><br><br> ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has requested leave to file a supplement to his objections to the May 7, 2020 findings and recommendations in order to provide additional case law supporting his objections. (ECF No. 8.) Petitioner shall be granted one opportunity to supplement his objections.

Accordingly, IT IS HEREBY ORDERED that petitioner's request (ECF No. 8) is granted and within fourteen days of the service of this order petitioner may file supplemental objections to the May 7, 2020 findings and recommendations.

Dated: June 9, 2020

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:scot0904.supplement

1